IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CYNTHIA COOKSIE,

        Plaintiff,

   v.                           No. 2:12-cv-1445 GEB GGH PS

PACIFIC GAS & ELECTRIC COMPANY, et al.,

        Defendants.             <u>ORDER AND ORDER TO SHOW CAUSE</u>

_____/

        The case is before the undersigned pursuant to E. D. Local Rule 302(c)(21).  On July 18, 2012, defendants filed a status report without participation by plaintiff, as required by the court's order requiring joint status report, filed May 30, 2012.  Defendants represent that they repeatedly attempted to contact plaintiff to meet and confer, and twice scheduled meetings; however, plaintiff failed to respond and did not appear at the meetings.  Therefore, plaintiff will be ordered to show cause for the failure to participate in the joint status report.

        A status conference will also be scheduled to address the scheduling of this case.

        Accordingly, IT IS ORDERED that:

        1.  A status conference is scheduled for August 30, 2012, at 10:00 a.m. in courtroom #9; and

\\\\\

1

2.  Plaintiff shall appear at the status conference and show cause for failure to participate in the joint status report.

DATED: August 3, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH/076:Cooksie1445.sts.wpd