IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CYNTHIA COOKSIE,

    Plaintiff,

    v.        No. 2:12-cv-1445 GEB GGH PS

PACIFIC GAS & ELECTRIC COMPANY, et al.,

    Defendants.    <u>ORDER</u>

_____/

    The case is before the undersigned pursuant to E. D. Local Rule 302(c)(21). A status conference is presently scheduled for hearing on August 30, 2012. Due to the court's own scheduling conflict, the conference will be continued.

    Accordingly, IT IS ORDERED that: The status conference presently scheduled for August 30, 2012, at 10:00 a.m. is rescheduled for September 6, 2012, at 10:00 a.m. in Courtroom #9.

DATED: August 21, 2012

                   /s/ Gregory G. Hollows
            UNITED STATES MAGISTRATE JUDGE

GGH/076:Cooksie1445.hrg.wpd

1