1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CYNTHIA COOKSIE,                       No.  2:12-cv-1445 LKK AC PS

12              Plaintiff,

13        v.                                ORDER

14   PAC. GAS & ELEC. CO., ET AL. ,

15              Defendants.

16

17          Presently pending before the court are two motions to dismiss or, in the alternative,

18   motions for summary judgment, filed separately by the defendants: the first motion was filed on

19   June 18, 2013 by Local 1245 IBEW and is scheduled for hearing on July 24, 2013, and the second

20   motion was filed on July 5, 2013 by Pacific Gas & Electric Company's ("PG&E") and is

21   scheduled for hearing on August 7, 2013.  When PG&E filed its motion, it was informed by the

22   court that the August 7, 2013 hearing date was closed.  Due to the unavailability of that date,

23   PG&E filed an ex parte application to reschedule the hearing for August 14, 2013 and a request to

24   be heard on the ex parte application on July 17, 2013.  The August 7, 2013 hearing date has now

25   become available.

26          Accordingly, IT IS HEREBY ORDERED that PG&E's ex parte application (ECF No. 28)

27   and request to appear telephonically (ECF No. 29) are denied as moot.  PG&E's motion to

28   dismiss or, in the alternative, motion for summary judgment, will be heard on August 7, 2013 at

1

1    10:00 a.m. in courtroom #26.

2    DATED: July 17, 2013

3

4    _____

5    ALLISON CLAIRE
     UNITED STATES MAGISTRATE JUDGE

6

7

8

9    /mb;cook1445.jo

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2